Argued June 23, remanded with directions June 28, 1976

In the Matter of Sharpe, Brenda and Kimberly, Minor Children.
STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY, *Respondent,*
*v.*
SHARPE et al, *Appellants.*
(No. 41,574, CA 5890)

SHARPE, nka JOHNSON, *Respondent,*
*v.*
SHARPE, *Respondent.*
(No. 406-998, CA 5890)
550 P2d 1235

*Harvey W. Keller,* Portland, argued the cause for appellants. With him on the brief was Ira L. Gottlieb, Portland.

*Grant V. Mumpower,* Oregon City, argued the cause and filed the brief for respondent Evelyn Sharpe, now known as Evelyn Johnson.

*William F. Schulte, Jr.,* Portland, argued the cause and filed the brief for respondent Betty Sharpe.

*Harl Haas,* District Attorney, and Lawrence D. Gorin, Deputy District Attorney, Portland, appeared for respondent Juvenile Department of Multnomah County.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

## PER CURIAM.

This case involves minor children who are wards of the court. It is an appeal from an order changing physical custody. The order by its terms has not yet become effective, and counsel have stipulated that we may take notice of the fact that certain circumstances which played a material part in the trial court's decision no longer exist. Accordingly, we deem it in the best interests of all the parties that this matter be remanded to the trial court for such further proceedings and consideration as it may deem appropriate.

It is so ordered.